

JAN 1 4 2020

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | SEALED |
| v. | Case No. CR 20-005-RAW |
| DALLAS MITCHELL DUFLOT, | |
| *Defendant.* | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**THEFT OF MAIL**
[18 U.S.C. § 1708]

On or about December 25, 2019, in the Eastern District of Oklahoma, the defendant, **DALLAS MITCHELL DUFLOT**, did steal and take from and out of an authorized depository for mail matter located at 20906 Rusty LN, Madill, Oklahoma 73446, a letter addressed to A.B. at 20906 Rusty LN, Madill, Oklahoma 73446, in violation of Title 18, United States Code, Section 1708.

## COUNT TWO

**POSSESSION OF STOLEN MAIL**
[18 U.S.C. § 1708]

On or about December 25, 2019, in the Eastern District of Oklahoma, the defendant, **DALLAS MITCHELL DUFLOT**, did conceal and unlawfully have in his possession a letter addressed to A.B. at 20906 Rusty LN, Madill, Oklahoma 73446, which was an authorized

depository for mail matter, knowing the said letter to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

A TRUE BILL:

BRIAN J. KUESTER
United States Attorney

_____
JARROD LEAMAN, OBA No. 22623
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
_____
FOREPERSON OF THE GRAND JURY