Prob12A (6/98)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Oklahoma

### Report on Offender Under Supervision

Name of Offender:   Dallas Mitchell Duflot         Case Number 6:20-CR-00005-001-RAW

Name of Judicial Officer: The Honorable Ronald A. White

Date of Original Sentence: April 22, 2020

Original Offense: Theft of Mail

Original Sentence:   Time served, with 24 months term of supervised release

Type of Supervision:  Supervised Release        Date Supervision Commenced: May 11, 2020

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition** | **You must not unlawfully possess a controlled substance.  You must refrain from any unlawful use of a controlled substance....** |
| | On August 21, 2020, and August 28, 2020, Mr. Duflot submitted urine samples that were confirmed positive for Methamphetamine |
| **Special Condition** | **The defendant shall participate in a program approved by the United States Probation Office for the treatment of narcotic addiction, drug dependency, or alcohol dependency, which will include testing to determine if he has reverted to the use of drugs or alcohol, and may include outpatient treatment.** |
| | On August 21, 2020, Mr. Duflot submitted a urine sample which was found to be dilute. |

<u>U.S. Probation Officer Action:</u>   Mr. Duflot has been verbally reprimanded and re-instructed regarding his conditions of supervision.  He has been referred to inpatient substance abuse treatment.  The Court will be advised of future violations in this matter.  No Court action is requested at this time.

|  | Reviewed and approved, |  | Respectfully submitted, |
|---|---|---|---|
| by: | s/ Robert L. Gwin | by: | s/ Brian H. Hill |
|  | Robert L. Gwin<br>Supervisory U. S. Probation Officer<br>Date: September 18, 2020 |  | Brian H. Hill<br>Sr. U.S. Probation Officer<br>Date: September 18, 2020 |

[X]   The Court concurs that no action be taken at this time
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

Dated this 21st day of September, 2020.

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma