Prob12A (6/98)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Oklahoma

## Report on Offender Under Supervision

Name of Offender:   Dallas Mitchell Duflot        Case Number 6:20CR00005-001-RAW

Name of Judicial Officer: The Honorable Ronald A. White

Date of Original Sentence: April 22, 2020

Original Offense: Theft of Mail

Original Sentence:   Time served, with 24 months term of supervised release

Type of Supervision:  Supervised Release       Date Supervision Commenced: May 11, 2020

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition** | **You must not unlawfully possess a controlled substance.  You must refrain from any unlawful use of a controlled substance....** |

On September 11, 2020, September 18, 2020 and October 9, 2020, Mr. Duflot submitted urine samples that were confirmed positive for Methamphetamine

On September 18, 2020, Mr. Duflot submitted a urine sample that was confirmed positive for Marijuana.

U.S. Probation Officer Action:   Mr. Duflot has been verbally reprimanded and re-instructed regarding his conditions of supervision.  He completed inpatient substance abuse treatment on December 30, 2020.  Mr. Duflot is attending outpatient drug aftercare. The Court will be advised of future violations in this matter.   No Court action is requested at this time.

|  |  |
|---|---|
| Reviewed and approved, | Respectfully submitted, |
| by:   s/ Robert L. Gwin | by:   s/ Brian H. Hill |
| Robert L. Gwin<br>Supervisory U. S. Probation Officer<br>Date: April 01, 2021 | Brian H. Hill<br>Sr. U.S. Probation Officer<br>Date: April 01, 2021 |

[X]   The Court concurs that no action be taken at this time
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

Dated this 1st day of April, 2021.

*Ronald A. White* (signature)

Ronald A. White
United States District Judge
Eastern District of Oklahoma