Prob12C
(8/01)

# UNITED STATES DISTRICT COURT
для the
## Eastern District of Oklahoma
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dallas Mitchell Duflot  Case Number: CR-20-00005-001-RAW

Name of Judicial Officer:   The Honorable Ronald A. White

Date of Original Sentence: April 22, 2020

Original Offense: Theft of Mail

Original Sentence: Time served, with 2 years of supervised release

Type of Supervision:  Supervised Release          Date Supervision Commenced: May 11, 2020

Asst. U.S. Attorney:   Shannon Henson            Defense Attorney: To be determined

## PETITIONING THE COURT

[X]     To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition** | **You must not unlawfully possess a controlled substance.** |
| | On August 21, 2020, August 28, 2020, September 11, 2020, September 18, 2020, October 9, 2020, June 4, 2021, July 16, 2021, September 3, 2021, January 7, 2022, January 14, 2022, January 21, 2022, January 28, 2022, and February 10, 2022, the defendant submitted a urine sample that was confirmed positive for methamphetamine. |
| | On July 21, 2020, September 18, 2020, and February 10, 2022, the defendant submitted a urine sample that was confirmed positive for marijuana. |
| **Special Condition #1** | On November 2, 2021, the defendant submitted a urine sample that was positive for methamphetamine and signed an admission of use form. |
| | **The defendant shall participate in a program approved by the United States Probation Office for the treatment of narcotic addiction, drug dependency, or alcohol dependency, which will include testing to** |

**determine if he has reverted to the use of drugs or alcohol and may include outpatient treatment.**

On November 23, 2021, the defendant failed to show for drug testing.

On August 21, 2020, October 29, 2021, January 14, 2022, January 28, 2022, and February 10, 2022, the defendant submitted urine samples that were dilute.

U.S. Probation Officer Recommendation: The probation officer is aware of no other violations but there have been several reports submitted to the court asking for no action.  The defendant has been to inpatient drug treatment.  This officer recommends a warrant be issued.

[X]   The term of supervision should be
     [X]   Revoked

|  | Reviewed and approved, |  | Respectfully submitted, |
|---|---|---|---|
| by: | s/ Robert L. Gwin | by: | s/ Brian H. Hill |
|  | Robert L. Gwin | | Brian H. Hill |
|  | Supervisory U. S. Probation Officer | | Sr. U.S. Probation Officer |
|  | Date: March 7, 2022 | | Date: March 7, 2022 |

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Dated March 7, 2022.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA